# ■ PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806       www.pryorcashman.com

MAY 3 2013

Tom J. Ferber
Partner

Direct Tel: 212-326-0194
Direct Fax: 212-798-6388
tferber@pryorcashman.com

May 2, 2013

**VIA HAND DELIVERY**

Honorable William H. Pauley III
United States District Judge
U.S. Courthouse
500 Pearl St., Room 2210
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/13
```

Re:  **Donald v. Tyler Perry Co. et ano, 13-cv-01655**

Dear Judge Pauley:

We represent the defendants in the above-referenced matter. I previously requested a pre-motion conference, which the Court had scheduled for April 26, 2013, the same date which had been set for an initial pretrial conference. In response to a letter from plaintiff's counsel, Your Honor recently rescheduled that conference for May 31, 2013 at 11:00 am. Unfortunately, I will be presenting an oral argument before the U.S. Court of Appeals for the Seventh Circuit in Chicago on that date. Accordingly, <u>I respectfully request that the conference be rescheduled</u> for either of the two following weeks. I have communicated with plaintiff's counsel, and we can both be available for a conference on any date during the weeks of June 3 or June 10, 2013, except for June 7 and the morning of June 5. I have made no previous request for an adjournment.

Respectfully yours,

Tom J. Ferber

TJF/skh
cc: Simon Rosen, Esq. (by email)
    *Counsel for Plaintiff*

Application granted. The conference is rescheduled to June 14, 2013 at 10:00 a.m.

SO ORDERED:  5/9/13

WILLIAM H. PAULEY III U.S.D.J.

1231507
10034.00022