Tom J. Ferber
Stephanie R. Kline
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
tferber@pryorcashman.com
(212) 421-4100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRI V. DONALD,

        Plaintiff,

v.

THE TYLER PERRY COMPANY, INC.
d/b/a TYLER PERRY STUDIOS and LIONS GATE
ENTERTAINMENT CORP. d/b/a LIONS GATE,

        Defendants.

13 Civ. 1655 (WHP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable William H. Pauley III, in Room 20B at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on August 21, 2013 at 11:00 a.m., for an Order granting to the Defendants judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       July 2, 2013

                              PRYOR CASHMAN LLP

                              By: _____
                                  Tom J. Ferber
                                  Stephanie R. Kline
                              7 Times Square
                              New York, New York 10036-6569
                              (212) 421-4100

                              *Attorneys for Defendants*

1245945 v1
10034.00022

TO: Simon Rosen
Law Office of Simon Rosen
1760 Market St Ste 600
Philadelphia, PA 19103
*Attorney for Plaintiff*