USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
TERRI V. DONALD,                                :
                                                :  13 Civ. 1655 (WHP)
                        Plaintiff,              :
                                                :
            -against-                           :  ORDER
                                                :
THE TYLER PERRY COMPANY, INC.                   :
d/b/a TYLER PERRY STUDIOS                       :
                                                :
                        Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

For the reasons stated on the record on August 21, 2013, Defendants' motion for judgment on the pleadings is granted. The Clerk of the Court is directed to terminate all pending motions, mark this case as closed, and enter judgment for Defendants.

Dated: August 21, 2013
    New York, New York

SO ORDERED:

_____ 8/21/13
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Simon Rosen
Law Office of Simon Rosen
1760 Market St Ste 600
Philadelphia, PA 19103
*Counsel for Plaintiff*

Tom J. Ferber
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
*Counsel for Defendants*